C. H. & L. J. McCORMICK v. T. H. & M. S. LENNOX.

(No. 718, Op. Book No. 2, p. 662.)

APPEAL from Red River County.   Opinion by HURT, J.

§ 550. *Parol evidence not admissible to vary a written instrument.* Parol evidence is not admissible to vary the plain and unambiguous language of a written instrument. The consideration for which the notes sued on were given, as shown by the notes, was a McCormick's machine. There is no evidence in the record tending to show that the appellees attempted to return the machine within a reasonable time. Because the court erred in admitting parol evidence to vary the written contract, and because there is no evidence to show a return in good faith within a reasonable time, the judgment is

December 18, 1880.          Reversed and remanded.